Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CORBIN REYNOLDS,<br>Defendant. | CASE NO.: 2:16-CR-00296-JAD |

**DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESITGATION REPORT AND PROPOSED ORDER**

COMES NOW Defendant, CORBIN REYNOLDS, by and through his attorney of record, Maysoun Fletcher, Esq., with The Fletcher Firm, P.C., and hereby submits this Defendant's Unopposed Motion to Conduct a Pre-Plea Presentence Investigation Report and Proposed Order.

Dated this 21ST day of November, 2016.

By: _____
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant

## STATEMENT OF FACTS

On October 25, 2016, Mr. Reynolds was indicted with one (1) count of conspiracy to distribute a controlled substance; one (1) count of distribution of a controlled substance; two (2) counts of possession of a firearm during a crime of drug trafficking; one (1) count of possession with intent to distribute a controlled substance. Trial is currently set for December 20, 2016 at 8:00 a.m.

Given the fact that Mr. Reynolds might face sentencing enhancements, the parties have agreed to request a pre-plea PSI. Additionally, the parties request that the Court order its preparation.

Dated this 21ST day of November, 2016.

By: _____
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CASE NO.: 2:16-CR-00296-JAD |
| vs. | **ORDER** |
| CORBIN REYNOLDS,<br>Defendant. | |

IT IS HEREBY ORDERED that the Department of Parole and Probation prepare a pre-plea presentence investigation report for Defendant, CORBIN REYNOLDS.

Dated this 22nd day of ___November___, 2016.

_____
United State Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of The Fletcher Firm, P.C., and on this 21ST day of November, 2016, I did serve a true and correct copy of the foregoing DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESITGATION REPORT AND PROPOSED ORDER by U.S. District Court CM/EMF Electronic Filing to:

Daniel G. Bogden
United State Attorney
Rebecca Levy
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 500
Las Vegas, Nevada 89101

and

All other parties and counsel included in the CM/EMF filing list.

_____
An Employee of The Fletcher Firm, PC

4