Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
CORBIN REYNOLDS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CORBIN REYNOLDS<br>        Defendant. | CASE NO.: 2:16-cr-00296-JAD-PAL<br><br>STIPULATION TO CONTINUE ~~TIME FOR~~ CHANGE OF PLEA HEARING |

## STIPULATION TO CONTINUE TIME FOR CHANGE OF PLEA HEARING

IT IS HEREBY STIPULATED AND AGREED by and between Susan Cushman, Assistant United States Attorney, counsel for the United States of America, Maysoun Fletcher, Esq., counsel for defendant Reynolds, that the Change of Plea Hearing currently scheduled for October 17, 2017 at 10:00 a.m. be vacated and reset to a date and time convenient to the court. The reason for this stipulation is that the defendant and his counsel have some issues to work out prior to the currently scheduled hearing.

DATED: October 16, 2017.


 */s/ Susan Cushman*                    */s/ Maysoun Fletcher*_____
SUSAN CUSHMAN, ESQ.                  MAYSOUN FLETCHER, ESQ.
Assistant United States Attorney          Attorney for Defendant, REYNOLDS

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
CORBIN REYNOLDS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CORBIN REYNOLDS.<br>        Defendant. | CASE NO.: 2:16-cr-00296-JAD-PAL |

**<u>ORDER</u>**

    IT IS HEREBY ORDERED that the Change of Plea Hearing currently scheduled for October 16, 2017 at 10:00 a.m. is continued to October 23, 2017 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED this 16th day of October, 2017.

_____
U.S. DISTRICT JUDGE