UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>CORBIN REYNOLDS,<br><br>Defendant. | Case No. 2:16-cr-00296-JAD-PAL<br><br>ORDER |

Before the court is correspondence from L. J. Milusnic, Warden, of the Federal Bureau of Prisons in Los Angeles, California, dated January 5, 2018, but post marked January 12, 2018.

An Order (ECF No. 205) granting defense counsel's sealed motion for a psychiatric evaluation was entered November 28, 2017. The letter states that Mr. Reynolds was designated to a facility on December, 2017, and arrived December 21, 2017. Pursuant to 18 U.S.C. § 4241, the facility has 30 days to complete the evaluation. The warden requests a 15-day extension, or until February, 5, 2018, to complete the evaluation, indicating a report will be submitted within three weeks, or no later than February 26, 2018, after completion of the evaluation.

Having reviewed and considered the matter,

**IT IS ORDERED** that the Federal Bureau of Prisons shall have a 15-day extension, or until **February 5, 2018**, to complete the evaluation of Mr. Reynolds, and submit a report no later than **February 26, 2018**.

DATED this 19th day of January, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1