Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
CORBIN REYNOLDS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>CORBIN REYNOLDS.<br>　　　　Defendant. | CASE NO.: 2:16-cr-00296-JAD-PAL<br><br>STIPULATION TO CONTINUE TIME FOR SENTENCING |

### STIPULATION TO CONTINUE TIME FOR SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Maysoun Fletcher, Esq., counsel for Defendant Corbin Reynolds, that the Sentencing Hearing currently scheduled for June 11, 2018 at 9:00 a.m., be vacated and reset to a date and time convenient to the court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. This is the first request for a continuance.

2. Defense needs time to gather records and information necessary to aid the Defendant at the sentencing hearing.

3. Defendant Corbin Reynolds is in custody and does not object to this continuance.

4. Denial of this request for continuance could result in a miscarriage justice.

/ / /

/ / /

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing at least sixty (60) days.

DATED: April 20, 2018.

*/s/ Susan Cushman*  　　　　　　　　　　 */s/ Maysoun Fletcher*
SUSAN CUSHMAN, ESQ.　　　　　　　　　MAYSOUN FLETCHER, ESQ.
Assistant United States Attorney　　　　　　Attorney for Defendant, REYNOLDS

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
CORBIN REYNOLDS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CORBIN REYNOLDS.<br>Defendant. | CASE NO.: 2:16-cr-00296-JAD-PAL |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. This is the first request for a continuance.

2. Defense needs time to gather records and information necessary to aid the Defendant at the sentencing hearing.

3. Defendant Corbin Reynolds is in custody and does not object to the continuance.

4. Denial of this request for continuance could result in a miscarriage justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing at least sixty (60) days.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for June 11, 2018 at 9:00 a.m., is continued to August 13, 2018, at the hour of 9:00 a.m.

IT IS SO ORDERED.

DATED this 23rd day of April, 2018.

_____
U.S. DISTRICT JUDGE