UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No.: 2:16-cr-00296-JAD-PAL-3 |
|---|---|
| Plaintiff | |
| v. | **Order Denying Government's Motion to Clarify** |
| Corbin Reynolds, | [ECF No. 282] |
| Defendant | |

After I denied Corbin Reynolds's motion under 28 U.S.C. § 2255 to vacate his felon-in-possession conviction based on the United States Supreme Court's recent recognition in *Rehaif v. United States*[1] of a mens rea element not contemplated during his prosecution,[2] the government filed a "Motion for Leave to Clarify its Position Regarding Retroactivity of *Rehaif*."[3]  Because the court does not find that such clarification is pertinent to any motion pending in this case, IT IS HEREBY ORDERED that the Motion to Clarify **[ECF No. 282] is DENIED.**

Dated: December 21, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] *Rehaif v. United States*, 139 S. Ct. 2191 (2019).
[2] ECF No. 281 (order).
[3] ECF No. 282 (motion to clarify).