# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Corbin Reynolds**

Case Number: **2:16CR00296**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **August 13, 2018**

Original Offense: **Possession with Intent to Distribute a Controlled Substance and Aiding and Abetting; Felon in Possession of Firearm**

Original Sentence: **77 Months prison, followed by 48 Months TSR.**

Date Supervision Commenced: **March 1, 2023**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court, not to exceed 104 tests annually.**

    On the following dates, Reynolds tested positive for marijuana:

    -March 21, 2023
    -May 18, 2023
    -June 19, 2023

RE: Corbin Reynolds

2. **Must Report As Instructed** - **After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

    On June 23, 2023, Reynolds was instructed to report to the probation office. The undersigned received a phone call from Reynolds' wife stating that he refuses to report due to being under the influence. Reynolds never reported to the probation office as directed.

3. **Drug Testing** – **You must submit to substance abuse testing to determine if you have used a prohibited substance.** *Testing shall not exceed 104 tests per year.* **You must not attempt to obstruct or tamper with the testing methods.**

    On the following dates, Reynolds failed to report for drug testing:

    - March 20, 2023
    - April 15, 2023
    - May 16, 2023
    - June 3, 2023
    - June 23, 2023
    - June 28, 2023
    - June 30, 2023

4. **Live At Approved Place** - **You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

    On June 28, 2023, the undersigned went to Reynolds' reported address to conduct a home visit. The undersigned was informed by Reynolds' stepson that Reynolds has not been home since June 23, 2023, and his whereabouts are unknown. Reynolds has failed to inform the undersigned officer of his change in residence.

RE: Corbin Reynolds

Prob12C
D/NV Form
Rev. March 2017

5. **Follow Instructions Of Probation Officer** - **You must follow the instructions of the probation officer related to the conditions of supervision.**

   A. As a condition of supervision, Reynolds is required to participate in an education program. Reynolds informed the undersigned officer he was enrolled and participating in HVAC school.

   On May 16, 2023, the undersigned instructed Reynolds to provide proof that he was attending school. Reynolds stated his school "stuff" was somewhere in the garage and he could not find it at the time. Again, on May 22, 2023, Reynolds stated that he did not have proof, stating his documents and books are in his wife's trunk somewhere. Reynolds eventually admitted to the undersigned officer that he is not enrolled or attending school as previously reported.

   B. On March 3, 2023, at the onset of supervision, Reynolds was instructed by probation to call a dedicated phone number daily to see if he is required to submit to a drug test the following day. Reynolds has not called the drug testing line since June 23, 2023.

6. **Mental Health Treatment** – **You must participate in a mental health treatment program [Outpatient] and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

   On the following dates, Reynolds failed to report for mental health treatment:

   - April 14, 2023
   - May 5, 2023
   - May 19, 2023
   - June 2, 2023

7. **Educational Program** – **You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use. You must pay the costs of the program.**

   Reynolds was instructed to participate in an educational program, upon commencing supervision Reynolds informed probation that he was attending HVAC school commencing April 26, 2023. On May 22, 2023, Reynolds informed the undersigned

RE: Corbin Reynolds

Prob12C
D/NV Form
Rev. March 2017

officer he is not attending the program as previously stated. Reynolds has failed to participate in an educational program per his conditions of supervision.

8. **Residential Reentry Center** – **You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.**

   On May 25, 2023, Reynolds' conditions were modified requiring him to reside at the residential reentry center (RRC) for up to 90 days.

   On June 16, 2023, Reynolds was instructed by the undersigned officer to report to the residential reentry center (RRC) to commence his placement. On June 21, 2023, the undersigned received information that Reynolds had been terminated from the program. According to the incident report, Reynolds was observed by RRC staff discarding a partial burnt cigarette (rolled paper) from his left hand. Staff then recovered said item next to the toilet in which Reynolds sat. The rolled cigarette was observed to have contained a burnt leafy substance. It is noted that loose tobacco and tobacco papers are considered unauthorized items in the RRC. Staff further instructed Reynolds outside of the men's toilet area and then conducted a pat-down search ensued to items found. The immediate search revealed Reynolds to possess a pack of rolling papers and an electronic vape.

RE: Corbin Reynolds

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 29, 2023**

_____
Amanda Stevens
United States Probation Officer

Approved:

_____   Digitally signed by Todd Fredlund
*[signature: Todd Fredlund]*                  Date: 2023.07.03 11:58:28 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

***THE COURT ORDERS***

☐   No Action.
X   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

7/11/2023
_____
Date

RE: Corbin Reynolds

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. CORBIN REYNOLDS, 2:16CR00296

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### July 2, 2023

Corbin Reynolds was sentenced by Your Honor on August 18, 2018, to 77 months imprisonment with 4 (four) years supervised release to follow for committing the offense of Possession with Intent to Distribute a Controlled Substance and Aiding and Abetting, Felon in Possession of a Firearm. Supervision commenced on March 1, 2023, in the District of Nevada.

On March 27, 2023, court notification was made to Your Honor advising Reynolds failed to report for drug testing and then tested positive for marijuana. To address the violations, the undersigned spoke with Reynolds clinician, and requested his use of marijuana be addressed in treatment. The probation office did not recommend any formal court action for the violations.

On May 22, 2023, the undersigned submitted a report to the Court recommending Reynolds conditions be modified to include residential reentry center (RRC) for up to 90 days. The RRC was seen as an intermediate sanction for further violation conduct to include failure to report for drug testing (3) times, failure to report to treatment on three (3) occasions, and two subsequent positive marijuana tests and admissions. Reynolds continued to remain unemployed and informed the undersigned that he is enrolled in HVAC school but admitted he has not been attending.

On June 16, 2023, Reynolds reported to the RRC for orientation, but upon his arrival staff notified probation that Reynolds reported to the RRC under the influence of alcohol. Given that Reynolds had not gone through orientation at that time he was given another chance but informed that further discrepancies would result in his removal from the RRC as a program failure.

On June 21, 2023, the undersigned received a phone call from RRC staff informing Reynolds would be program failed from the RRC due to violations. According to the incident report, Reynolds was observed by RRC staff discarding a partial burnt cigarette (rolled paper) from his left hand. Staff then recovered said item next to the toilet in which Reynolds sat. The rolled cigarette was observed to have contained a burnt leafy substance. It should be known that loose tobacco and tobacco papers are considered unauthorized items in the RRC. Staff further instructed Reynolds outside of the men's toilet area and then conducted a pat-down search ensued to items found. The immediate search revealed Reynolds to possess a pack of rolling papers and an electronic vape. These items are deemed contraband, and possession is prohibited by RRC residents.

On June 21, 2023, after learning of his program failure, the undersigned reached out to Reynolds and instructed him to report to the probation office on June 23, 2023. Reynolds

RE: Corbin Reynolds

Prob12C
D/NV Form
Rev. March 2017

acknowledged the instruction and stated he would report as required. Throughout the day of June 23, 2023, Reynolds and his family members reached out to the undersigned officer with updates of Reynolds whereabouts. At approximately 3:47 pm, the undersigned was informed that Reynolds would not be reporting as directed, wherein his wife stated he was under the influence and unwilling to address the violations at this time. Reynold's wife informed the undersigned officer that upon arrival to the probation office Reynolds got out of the car and ran off.

At the onset of supervision, Reynolds was instructed to call the drug testing line every night to see if he was required to report for drug testing the following day. Since June 23, 2023, Reynolds has failed to call the drug testing line.

On June 28, 2023, the undersigned conducted a home visit at Reynold's residence of record. Reynolds' stepson answered the door and informed the undersigned that the family had not seen or heard from Reynolds since June 23, 2023. Probation asked for an updated phone number to contact Reynolds, but the number provided was his current number on file and his phone was shut off. Being that probation does not know the whereabouts of Reynolds he has violated his conditions to include updating the probation office of any change to his residence.

Reynolds has an extensive criminal history resulting in a Criminal History Category VI. Reynolds has prior convictions for Robbery in 2nd Degree, Attempt Theft, Petit Larceny, Possession of a Firearm by a Felon, Elude/Flee From Pursuing Officer, Possession Drug Into Interstate Commerce, Obstructing/False Information to Police Officer, Fugitive, Inflict Corporal Injury-Spouse/Cohab, Carrying Concealed Firearm or Other Deadly Weapon, Battery, Possess Drug Not To Be Introduced Into Interstate Commerce, Obtain/Use Personal Identification of Another to Avoid/ Delay Prosecution, Battery Constituting Domestic Violence, and Possession with Intent to Distribute a Controlled Substance.

Since commencing supervision in March 2023, Reynolds has repeatedly displayed a contemptuous attitude and has made no effort to comport with conditions imposed by Your Honor. The probation office is respectfully recommending the issuance of a warrant for Reynolds to appear before this Court to show cause as to why supervision should not be revoked. It is further recommended Reynolds remain in custody pending his revocation hearing before this Court, both as risk of flight and danger to the community.

Approved:

Digitally signed by Todd Fredlund
Date: 2023.07.03 11:59:01 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

Respectfully submitted,

Digitally signed by Amanda Stevens
Date: 2023.07.03 12:04:56 -07'00'

Amanda Stevens
United States Probation Officer