1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JUSTIN J. WASHBURNE
3  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Fax: (702) 388-6418
   justin.washburne@usdoj.gov
6  *Attorneys for the United States*

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,

9      Plaintiff,   Case Nos. 2:22-cr-00017-JAD-DJA;
                                       2:16-cr-00296-JAD-PAL
10  v.

11  CORBIN REYNOLDS,   **STIPULATION TO CONTINUE REVOCATION HEARING**
                      **(**First Request)
12      Defendant.

13

14      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

15  Frierson, United States Attorney, and Justin J. Washburne, Assistant United States

16  Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public

17  Defender, and Benjamin Nemec, Assistant Federal Public Defender, counsel for Corbin

18  Reynolds, that the Revocation Hearing currently scheduled on April 16, 2024 at 10:00 a.m.

19  be vacated and continued to a date and time convenient to the Court, but no sooner than

20  thirty (30) days.

21      This Stipulation is entered into for the following reasons:

22      1.    Government counsel is unavailable for the Revocation Hearing due to a

23  previously scheduled Change of Plea and Sentencing at the same date and time in US v.

24  Luna-Morelos, Case No. 24-cr-002-NJK-GMN.

2. The defendant is in custody and agrees with the need to continue the hearing.

3. The parties request additional time to negotiate a resolution to the allegations in the petition.

4. The parties agree to the continuance.

5. This is the first request for a continuance of the revocation hearing.

DATED this 12th day of April, 2024.

Respectfully submitted,

                                                        JASON M. FRIERSON
                                                      United States Attorney

/s/ Benjamin Nemec                            /s/ Justin Washburne
BENJAMIN NEMEC                               JUSTIN J. WASHBURNE
Assistant Federal Public Defender           Assistant United States Attorneys
Counsel for Defendant
CORBIN REYNOLDS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CORBIN REYNOLDS,

        Defendant.

Case Nos. 2:22-cr-00017-JAD;
2:16-cr-00296-JAD

**STIPULATION TO CONTINUE REVOCATION HEARING**
(First Request)

IT IS THEREFORE ORDERED that the Revocation hearing currently scheduled on April 16, 2024 at the hour of 10:00 a.m., be vacated and continued to June 3, 2024 at the hour of 10:30 a.m.

DATED this 12th day of April, 2024.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3