**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORBIN REYNOLDS,<br><br>Defendant. | Case Nos. 2:22-cr-00017-JAD-DJA;<br>          2:16-cr-00296-JAD-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(**Second Request**)** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled on June 3, 2024 at the hour of 10:30 a.m., be vacated and continued to July 29, 2024 at the hour of 10:30 a.m.

DATED this 30th day of May, 2024.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3