UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CORBIN REYNOLDS,<br><br>            Defendant. | Case No. 2:16-cr-00296-JAD-PAL-3<br>        2:22-cr-00017-JAD-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, July 29, 2024 at 10:30 a.m., be vacated and advanced to July 10, 2024 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

    DATED this 28th day of June, 2024.

_____
Jennifer A. Dorsey
United States District Judge

3