**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-00296-JAD-PAL-3 |
| Plaintiff | |
| v. | **Order Denying Motion for Copies** |
| Corbin Reynolds, | [ECF No. 403] |
| Defendant | |

Defendant Corbin Reynolds is serving an eight-month prison term after his supervised release was revoked a second time.[1] He did not appeal. Nevertheless, Reynolds has sent a letter asking this court for a copy of his docket sheet, plea agreement, sentencing transcript and "any documentation" from his case.[2]

An inmate has no constitutional right to free photocopying.[3] A prisoner-litigant who wants copies of electronically filed documents from the court must pay $0.10 per page to receive them.[4] Because the court does not provide free copies of documents in the docket, IT IS HEREBY ORDERED that Reynolds's request for copies **[ECF No. 403] is DENIED.** Reynolds should reach out to his attorney at the Federal Public Defender for further assistance.

_____
U.S. District Judge Jennifer A. Dorsey
April 10, 2026

---

[1] ECF No. 402.

[2] ECF No. 403.

[3] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[4] LR IC 1-1(i)(5); 28 U.S.C. § 1914.